United States Bankruptcy Court
District of Maryland

In re:                                                                Case No. 19-12154-LSS
Keisha Matos Joaquin-Blofsky                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0          User: admin           Page 1 of 1           Date Rcvd: Jun 03, 2019
                              Form ID: 318          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2019.
```
db           +Keisha Matos Joaquin-Blofsky,    48274 Choptank Pl,    Lexington Park, MD 20653-4578
30944979     +Citibank Best Buy,    Citibank Corp/Centralized Bankruptcy,    PO Box 790034,
               St Louis, MO 63179-0034
30946640     +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
               Baltimore, MD 21201-2305
30944981     +Equity Management, Inc,    4400 Rena Rd,    Forrestville, MD 20746-3602
30944984     +Peroutka Law Group,    8028 Ritchie Hwy, Ste 300,    Pasadena, MD 21122-1360
30944986     +Protak Spivok and Collins,    4330 East West Highway, Ste 900,    Bethesda, MD 20814-4454
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
30944976      EDI: BANKAMER2.COM Jun 04 2019 00:53:00     Bank of America,    PO Box 15168,
               Wilmington, DE 19850
30944977     +EDI: CAPITALONE.COM Jun 04 2019 00:53:00     Capital One,    Attn: Bankruptcy,    PO Box 30285,
               Salt Lake City, UT 84130-0285
30944978     +EDI: CAPITALONE.COM Jun 04 2019 00:53:00     Capital One/Dress Barn,    Attn: Bankruptcy,
               PO Box 30285,    Salt Lake City, UT 84130-0285
30944980     +EDI: CHRYSLER.COM Jun 04 2019 00:53:00     Daimler Chrysler Services North,
               4600 Touchton Rd, Ste Ste 400,    Jacksonville, FL 32246-1536
30944982     +EDI: MERRICKBANK.COM Jun 04 2019 00:53:00     Merrick Bank/CardWorks,    Attn: Bankruptcy,
               PO Box 9201,    Old Bethpage, NY 11804-9001
30944983     +EDI: NFCU.COM Jun 04 2019 00:53:00     Navy FCU,    Attn: Bankruptcy,    PO Box 3000,
               Merrifield, VA 22119-3000
30944985     +EDI: PRA.COM Jun 04 2019 00:53:00     Portfolio Recovery,    PO Box 41021,
               Norfolk, VA 23541-1021
30944987     +EDI: SWCR.COM Jun 04 2019 00:53:00     Southwest Credit Systems,    4120 International Parkway,
               Suite 1100,    Carrollton, TX 75007-1958
30946639     +E-mail/Text: UIBankruptcyNotices.DLLR@maryland.gov Jun 03 2019 21:20:18
               State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2225
30946638     +E-mail/Text: jeanette.davis@stmarysmd.com Jun 03 2019 21:18:37     Taxing Authority of,
               St. Mary's County, MD,    Governmental Center - POB 653,    Leonardtown, MD 20650-0653
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
30944988       Stuart Blatt, Esquire,    INVALID ADDRESS PROVIDED
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2019 at the address(es) listed below:
```
              Gary A. Rosen    trusteerosen@gmail.com,    md40@ecfcbis.com,grosen@garyrosenchartered.com
              Sonila Isak Wintz    sonila@isaklaw.com
                                                                                             TOTAL: 2
```

Entered: June 3, 2019
Signed: June 3, 2019

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Keisha Matos Joaquin–Blofsky** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx–xx–1225** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Maryland** | | |
| Case number:   **19–12154 LSS**    Chapter:  **7** | | |

# Order of Discharge                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Keisha Matos Joaquin–Blofsky

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| Official Form 318 | **Order of Discharge** | page 1 |

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**