Entered: June 6, 2019
Signed:  June 6, 2019

**SO ORDERED**



_____
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:  Case No.: 19−12154 − LSS     Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Keisha Matos Joaquin−Blofsky
*debtor has no known aliases*
48274 Choptank Pl
Lexington Park, MD 20653

Social Security No.:   xxx−xx−1225

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 2/21/19.

The estate of the above−named debtor has been fully administered.

ORDERED, that Gary A. Rosen is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** − *admin*